**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Dionicio Perez |
| Debtor 2 (Spouse, if filing) | Melissa Perez |
| United States Bankruptcy Court for the: | Southern    District of TX (State) |
| Case number | 17-30584 |

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:**  **Mortgage Information**

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 8758 ____ ____ ____

**Property address:** 211 Otis Street

Number    Street

_____

Kingsville, TX 78363

City                    State    ZIP Code

---

**Part 2:**  **Prepetition Default Payments**

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

---

**Part 3:**  **Postpetition Mortgage Payment**

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03 / 01 / 2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___ / ___ / _____
MM / DD / YYYY

---

Debtor 1   Dionicio Perez
　　　　　　First Name　　　Middle Name　　　　Last Name

Case number *(if known)*   17-30584

---

| **Part 4:** | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Chase Berger
　　Signature

Date   03 / 29 / 2022

Print   Chase Berger
　　　　First Name　　　Middle Name　　　Last Name

Title   Authorized Agent

Company   Ghidotti Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1920 Old Tustin Avenue
　　　　　Number　　　　　Street

　　　　　Santa Ana, CA 92705
　　　　　City　　　　　　　　　　State　　　ZIP Code

Contact phone   ( 949 ) 427 – 2010

Email   bknotifications@ghidottiberger.com

## <u>CERTIFICATE OF SERVICE</u>

On March 29, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR       US TRUSTEE
Reese W Baker       USTPRegion07.HU.ECF@USDOJ.GOV
courtdocs@bakerassociates.net

CHAPTER 13 Trustee
David G Peake
court@peakech13trustee.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice

On March 29, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Dionicio Perez
211 Otis Street
Kingsville, TX 78363

DEBTOR
Melissa Perez
211 Otis Street
Kingsville, TX 78363

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice